UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| Andrea "Andi" Mooneyham,<br>    Plaintiff,<br>v.<br><br>Ozark Fire Protection District, a political<br>    subdivision of the State of Missouri<br>    and municipal corporation,<br>    Defendant. | No. 6:14-cv-3496-MDH |

**CONSENT MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION**

Comes now Plaintiff and moves to withdraw her motion for preliminary injunction. In support, she states:

1. Plaintiff initiated this action on November 24, 2014, with the filing of a complaint. (Doc. # 1).

2. On December 2, 2014, Plaintiff filed a motion for a preliminary injunction to prohibit Defendant from refusing to recognize the legal marriage of Plaintiff and order Defendant to offer Plaintiff the same benefits that it offers to employees with different-sex spouses. (Doc. # 6).

3. As a result of intervening events, the motion for preliminary injunction is now moot.

4. Counsel for Defendant has indicated that Defendant consents to this motion.

WHEREOFRE Plaintiff respectfully requests that this Court grant her leave to withdraw her motion for preliminary injunction (Doc. # 6) and allow such relief as is proper under the circumstances.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Grant R. Doty, #60788
Andrew McNulty, #67138
American Civil Liberties Union of
    Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Phone: 314-652-3114
Fax: 314-652-3112
trothert@aclu-mo.org
gdoty@aclu-mo.org
amcnulty@aclu-mo.org

Gillian R. Wilcox, #61278
American Civil Liberties Union of
    Missouri Foundation
3601 Main Street
Kansas City, Missouri 64111
gwilcox@aclu-mo.org

ATTORNEYS FOR PLAINTIFF

## Certificate of Service

I certify that, on January 23, 2015, a copy of the forgoing was delivered to counsel of record by operation of the CM/ECF system.

/s/ Anthony Rothert